THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BOARDS OF TRUSTEES OF THE AGC-OPERATING ENGINEER HEALTH AND WELFARE FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> IM SERVICES GROUP, LLC, a Georgia corporation, <br><br> Defendant. | CASE NO. C21-0532-JCC <br><br> DEFAULT JUDGMENT |

This matter comes before the Court on Plaintiffs' motion for default judgment (Dkt. No. 11). Having thoroughly considered the briefing and the relevant record, the Court hereby GRANTS default judgment in favor of Plaintiffs and against Defendant IM Services Group, LLC.

Therefore, it is hereby ORDERED that plaintiffs Board of Trustees of the of the AGC-International Union of Operating Engineers Local 701 Health and Welfare Fund, AGC-International Union of Operating Engineers Local 701 Pension Funds, and the AGC-International Union of Operating Engineers Local 701 Training Trust Fund are awarded $14,327.48 for the delinquent payment of monthly benefit contributions, liquidated damages, interest, and attorney fees and costs for the period of September 2020 and October 2020 and to recover from Defendant, IM Services Group, LLC, in the following amounts: $11,280.00 in

contributions, $975.56 in liquidated damages, $1,094.92 in interest, $537.00 in costs, and $440.00 in attorney fees, as well as post-judgment interest.

Plaintiffs' request for Defendant to provide payroll records for August 2020 through October 2021 is also GRANTED. Defendant is ORDERED to provide the requested records within thirty days of the date of this Order.

DATED this 25th day of October 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE